UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**TRAVIS SEALS ET AL.**                              **CIVIL ACTION**

**VERSUS**                                           **NO: 16-14837**

**BRANDON MCBEE ET AL.**                             **SECTION: "H"**

### INJUNCTION ORDER

  Plaintiffs, Travis Seals and Ali Bergeron, filed suit in this Court seeking, inter alia, a declaration that La. R.S. 14:122 is unconstitutional and an injunction against the statute's further enforcement by Defendants, Brandon McBee, Jon-Rene Sanjurjo, Jessica Murray, and Sheriff Daniel Edwards, individually and in his official capacity as Sheriff of Tangipahoa Parish, Louisiana. R. Doc. 1. Jeff Landry, in his official capacity as the Louisiana Attorney General for the State of Louisiana, moved to intervene pursuant to Rules 5.1 and 24 of the Federal Rules of Civil Procedure, and 28 U.S.C. § 2403(b), for the purpose of defending the statute's constitutionality. R. Doc. 16. The Court granted Attorney General Landry's Motion to Intervene by Order of December 21, 2016. R. Doc. 17.

  Plaintiffs filed a Motion for Partial Summary Judgment on the issue of the constitutionality of La. R.S. 14:122, asserting that the statute was substantially overbroad and thus invalid on its face. R. Doc. 25. Intervenor, Attorney General Landry, opposed the Motion. R. Doc. 32. Defendants did not file an opposition. The Court thereafter heard oral argument and took the

motion under submission. R. Doc. 37. On July 31, 2017, the Court issued an Order and Reasons granting Plaintiff's Motion for Partial Summary Judgment and finding La. R.S. 14:122 an unconstitutional restriction on speech protected by the First Amendment and thus invalid and unenforceable. R. Doc. 39.

Accordingly;

**IT IS ORDERED, ADJUDGED, AND DECREED** that Brandon McBee, Jon-Rene Sanjurjo, Jessica Murray, Sheriff Daniel Edwards, individually and in his official capacity as Sheriff of Tangipahoa Parish, Louisiana, Jeff Landry, in his official capacity as the Louisiana Attorney General, and their officers, agents, servants, employees, and assigns are hereby enjoined from enforcing La. R.S. 14:122 insofar as it prohibits "the use of . . . threats upon any of the following persons [including public officers and employees], with the intent to influence his conduct in relation to his position, employment, or duty," until further order of this Court.

New Orleans, Louisiana, on this 11th day of August, 2017.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**