UNITED SATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**TRAVIS SEALS, ET AL.**                           **CIVIL ACTION**

**VERSUS**                                         **2:16-cv-14837-JTM-DEK**

**BRANDON MCBEE, ET AL.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>**ORDER**</u>

Considering Louisiana Attorney General Jeff Landry's Motion to Stay Injunction of Enforcement of La. R.S. 14:122, it is ordered that Louisiana Attorney General Jeff Landry's Motion to Stay Injunction of Enforcement of La. R.S. 14:122 is hereby granted. This Court's orders (Doc. 44 and 45), which enjoin the Attorney General and his officers, agents, servants, employees, and assigns from enforcing La. R.S. 14:122 are stayed until this Court's orders have become final in the appropriate appellate court.

New Orleans, LA, this __8th__ day of __September__, 2017.

_____
Jane Triche Milazzo, District Judge
United States District Court
Eastern District of Louisiana