# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**TRAVIS SEALS, ET AL.**                    **CIVIL ACTION**

**VERSUS**                                  **NO.   16-14837**

**BRANDON MCGEE, ET AL.**                   **SECTION "H" (3)**

## ORDER

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the lack of any objections thereto, hereby approves the Magistrate Judge's Findings and Recommendation (Doc. 94) and adopts it as its opinion.

Accordingly;

**IT IS ORDERED** that the Motion for Attorney's Fees (Doc. 86) is **GRANTED**, and Plaintiffs are entitled to award of fees and costs in the amount of $35,942.75.

New Orleans, Louisiana, this 27th day December, 2018.

**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**